JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDWARD GARCIA,

                Petitioner,

        v.

WARDEN, Centinela State Prison,

                Respondent.

Case No. CV 17-5742-FMO (KK)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: January 8, 2018

                            /s/

                  HONORABLE FERNANDO M. OLGUIN
                  United States District Judge